No. 88–2049.  EMPLOYERS INSURANCE OF WAUSAU, AS REPRESENTATIVE OF THOSE CERTAIN AMERICAN UNDERWRITERS SUBSCRIBING TO CERTIFICATE NO. 14880 *v.* AVONDALE SHIPYARDS, INC., ET AL.; and

No. 88–2052. OCCIDENTAL PETROLEUM CORP. ET AL. *v.* AVONDALE SHIPYARDS, INC., ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 866 F. 2d 752.